JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD ARREDONDO, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

GXO LOGISTICS SUPPLY CHAIN, INC.; and DOES 1 through 50, inclusive.

Defendants.

Case No.: 5:25-cv-03312-RGK-DTB

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CLASS ACTION CLAIMS AND REMAND REMAINING INDIVIDUAL CLAIMS

[13]

Having considered the Joint Stipulation between Plaintiff Richard Arredondo ("Plaintiff") and Defendant GXO Logistics Supply Chain, Inc. ("Defendant") (collectively, the "Parties"), and good cause appearing therefore, this Court hereby GRANTS the request to dismiss Plaintiff's class action claims and remands Plaintiff's remaining individual claims to state court in the County of San Bernardino. All pending dates are vacated. The Clerk shall close this case.

Dated:  1/28/2026

_Gary Klausner_
_____

Hon. R. Gary Klausner
United States District Judge

cc: San Bernardino County Superior Court, CIVSB2531323

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS CLASS ACTION CLAIMS AND REMAND REMAINING INDIVIDUAL CLAIMS